UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT MOODY,

    Plaintiff,

v.

    Case No. 1:23-cv-162

    HONORABLE PAUL L. MALONEY

COUNTY OF LIVINGSTON,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  March 7, 2023

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge